# EXHIBIT 1

**IN AN ARBITRATION BEFORE THE**
**AMERICAN ARBITRATION ASSOCIATION**

| | |
|---|---|
| KIKI COURTELIS | Case No. 01-20-0004-9730 |
| Claimant, | |
| v. | |
| GLOBAL LOVE MERGERS, INC., d/b/a KAILEN'S LOVE AND LIFE ARCHITECTS | |
| Respondent. | |

## <u>SUBPOENA DUCES TECUM</u>

Per the request of Claimant, it is ORDERED that a subpoena duces tecum with service perfectible via email, be issued to Dr. Brenda Schaeffer as a fact witness in this matter.

Dr. Schaeffer is ordered to produce all documents related to any and all courses, classes or training programs in which she was an instructor/moderator and Kailen Rosenberg was a participant, all certificates or other like documents issued to Ms. Rosenberg by her or an affiliated program, any ethical guidance or parameters provided or recommended to Ms. Rosenberg, and all communications including but not limited to texts and e-mails between her and Ms. Rosenberg about Ms. Rosenberg's course attendance, course work, clinical hours and course completion, which production shall take place on or before August 4, 2021.

In addition, it is ordered that Dr. Schaeffer be available to testify and give evidence in this matter via videoconferencing on August 11, 2021, at a time to be agreed upon by the arbitrator and counsel for Claimant and Respondent.

Signed on this <u>29th</u> day of July, 2021.

_____
Honorable Kathleen A. Blatz
Arbitrator