# EXHIBIT 2

| | |
|---|---|
| **From:** | Christine Trout <christy@troutlawoffice.com> |
| **Sent:** | Friday, July 30, 2021 10:24 AM |
| **To:** | Brenda Schaeffer; barry@barrymckee.com |
| **Cc:** | Wicker, Kent J.; Shaughnessy, Erin, M; Samwaru, Dianne M. |
| **Subject:** | Courtelis.Rosenberg.AAA - Subpoena Duces Tecum |
| **Attachments:** | Courtelis.Rosenberg.AAA (Schaeffer subpoena7.28.21).pdf |

Dr. Schaeffer -

Attached is a subpoena for certain documents and your testimony.   Please note that service via email is sufficient for perfecting service upon you (i.e., it does not have to be delivered in person or otherwise).   The requested documents must be produced to our firm by August 4, 2021.

As you asked, I tried reaching out to your attorney both by phone and email, but I did not receive any response to the email and the phone number you provided is not a working number.  He is copied on this email as well out of an abundance of caution.  If you could have him contact me, that would be terrific.  If you have another lawyer, please have that person contact me.

Thank you in advance for your cooperation,
Christine Trout Van Tatenhove
859-351-7773


Sent from my iPad